# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

**FILED**

**JUL 2 8 2008**

Clerk, U.S. District and
Bankruptcy Courts

———————————————————

Robert Asa Gordon, Pro Se )
DC Presidential Elector, )
Chair, DC Statehood Green Party Electoral College Task Force )
Exe.Dir. Douglass Institute of Government )
1667 Webster St. NE )
Washington, DC 20017 )
(202) 635-7926 )

**Plaintiff**

Case: 1:08-cv-01294
Assigned To : Kennedy, Henry H.
Assign. Date : 7/28/2008
Description: TRO/PI

VS.

Richard B. Cheney, )
President of the Senate of the United States of America )
The Vice President )
The White House )
Washington, DC 20501 )
(202) 456-1414 )
(202) 456-2461 )
)
**Defendant.** )
)
———————————————————)

## COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF

1

## I. JURISDICTION AND VENUE

1. This is an action for declaratory and injunctive relief under the First and Fourteenth Amendment to the United States Constitution, 42U.S.C.§1983 and 2U.S.C.§6. Plaintiff, pursuant to Rule 65 of the Federal Rules of Civil Procedure, seeks the entry of a Temporary Restraining Order and Preliminary Injunction against Defendant Richard B.Cheney.

## II. THE PARTIES

2. Plaintiff, Robert Asa Gordon, is Founder and Executive Director of the Douglass Institute of Government, registered voter of the District of Columbia, Presidential Elector, and Chair, DC Statehood Green Party Electoral College Task Force. In this capacity the Plaintiff has been instrumental in formulating the position statement of the Green Party of the United States in regards to voting rights under the 14th Amendment and the production of relevant press releases. Exhibits: "*Greens: Enforce 14th Amendment's 'Right to Vote' Provision*", Press release, October 18, 2004 (http://www.gp.org/press/pr_10_18_04.html ); "*US Constitution Mandates Penalties for States Where Votes are Obstructed.*", Press release,  December 16, 2004, (http://www.gp.org/press/pr_2004_12_16.html); "*Greens Push for Real Electoral Reforms at Carter-Baker Hearings*", June 30 2005, (http://www.gp.org/press/pr_2005_06_27.shtml).

3. Defendant Richard B. Cheney, is being sued in his capacity as the President of the Senate, and presiding officer over the Senate and House of Representatives meeting in the Hall of the House of Representatives for the presenting and counting of the certificates of electoral votes on January 6, 2009.

### III INTRODUCTION

4. Pursuant to 3 USC Chapter 1, § 15. "Congress shall be in session on the sixth day of January .... The Senate and House of Representatives shall meet in the Hall of the House of Representatives ... and the President of the Senate (the Defendant) shall be their presiding officer."

5. Pursuant to 3 USC Chapter 1, § 15, the *certificates* of votes of the states presidential electors " are opened by the President of the Senate (the Defendant), all the certificates and papers purporting to be certificates of the electoral votes, which certificates and papers shall be opened, presented, and acted upon in the alphabetical order of the States," for the counting of the electoral votes in congress.

6. The Office of the Federal Register of the National Archives and Records Administration explicitly declares that there is "No Legal Requirement" that "Electors in these (Southern) States ARKANSAS, GEORGIA, LOUISIANA, TENNESSEE, and TEXAS are not bound by State Law to cast their vote for a specific candidate".

{ http://www.archives.gov/federal-register/electoral-college/laws.html }

7. Plaintiff enters this plea for declaratory and injunctive relief against the Defendant in his ministerial capacity from presiding over the tabulation of "unbound electoral states" who by practice, unsupported by state or federal statute, traditionally award Presidential Electors on a "winner-take-all basis". Plaintiff seeks redress by enforcement of the Mal Apportionment Penalty provided by Section 2 of the 14th Amendment to the U.S. Constitution, wherein "the right to vote at any election for the choice of electors for President and Vice President of the United States, ... is denied .. or in any way abridged" or *proportional apportionment of electors*.

3

## IV COMPLAINT

8. Plaintiff aver and request that this court take judicial notice that the following states: ARKANSAS, GEORGIA, LOUISIANA, TENNESSEE, TEXAS, are unbound presidential electors states. These "unbound" electoral states following the general presidential election of November 4, 2008 will allocate their presidential electors on a "winner take all" basis wherein there is no "winner take all" election statute. These states have in effect disenfranchised the citizen's of the state that voted for the presidential electors pledged to the candidate with less then the popular majority vote

9. Plaintiff aver and request that this court take judicial notice of the following: Post the November 4, 2008 general election, State Officials of the *unbounded electoral states* under "winner take all" provisions will de facto deny and/or abridge "citizens of the United States" in the exercise of their "right to vote ... for the choice of electors for President and Vice-President of the United States" on the basis of race and/or party affiliation in violation of the "equal protection" clause of the first section of the Fourteenth Amendment. The plain textual language of the Mal-Apportionment Penalty(MAP) of the Second Section of the Fourteenth Amendment mandates that the offending states presidential elector's be reduced in the proportion that the discriminated class of citizens based on race and/or party affiliation bears to the whole number of the State's citizens.

10. Plaintiff aver and request that this court take judicial notice of the following: These Southern states award all of their unbounded presidential electors by "winner take all" provisions not based in any state or federal law but predicated on the majority choice of its white citizens. These unbounded Southern states de-facto disenfranchise those electors of the state based on the votes of the states black citizens.

11. Plaintiff aver and request that this court take judicial notice of the following: There is no legal, are rational reason, for the unbounded Southern states not to allocate a proportionate apportionment of the states presidential electors based on the popular split, other then to preserve a preferential discriminate electoral choice representative of the states majority white population.

12. The Defendant in his capacity as President of the Senate will serve as the presiding officer over the counting of the electoral votes in congress on January 6, 2009. The Defendant in choosing from the *unbounded electoral states* to represent to congress the "certificates of vote" under "winner take all" provisions, wherein there exist no constitutional or state statutory authority allowing only the selective counting of majority polled state electoral votes, will deprive presidential electors of their constitutionally protected rights under the First and Fourteenth Amendments to the U.S. Constitution.

13. The most fundamental of all rights in our democracy is the right to vote. The adoption of the 14th Amendment in 1868, and the 15th Amendment of the U. S. Constitution in 1870 provides the constitutional protections of this fundamental right.

14. The plaintiff seeks this temporary restraining order and preliminary injunction at this time to constrain the Defendant from counting the full slate of *unbounded electoral states* presidential electors subject to the Mal-Apportionment Penalty(MAP) based on Fourteenth Amendment "equal protection" and "right to vote" violations predicated on Race and/or Party Affiliation.

## VI. CLASS ACTION ALLEGATIONS

15. Plaintiff files this action in *behalf of himself* and *his derivative beneficiary class members* as registered voters and Presidential Electors of states subject to the impact of the diminishment of their vote by including the full slate of Presidential Electors in the electoral count of January 6th, 2009 from states subject to 2USC§6 (Reduction of representation).

16. Plaintiff files this action in *behalf of himself* and *his derivative beneficiary class members* as registered voters and Presidential Electors of states subject to the impact of the diminishment of their vote by the denial and/or abridgment of Presidential Electors that represent their candidate in unbound states wherein there is no state election law that explicitly allocates that states electors on a "winner take all" basis.

17. The numerosity requirements of Rule 23(a)(1) are satisfied, in that the members of the class constitute the entire class of Presidential Electors that have met the constitutional constraints on the allocation of a state's Presidential Electors as mandated by the Fourteenth Amendment.

18. The requirements of Rule 23(a)(2) are met in that the questions of law and fact are common to the class. In addition, the requirements of Rule 23(a)(3) are met, in that the claims of the Plaintiff arise from the manner in which Defendant's presentation of presidential electors to congress on Jan. 6th will impact the class members as a whole, and are therefore typical of all class claims.

6

19. Plaintiff, as a representatives of the entire class described, seeks herein to halt Defendants' action to disregard the adherence to the mandates of a Constitutional Article that protects the right of *"citizens of the United States, to vote at any election named in the amendment to the Constitution, article 14, section 2"* ( 2USC§6). If successful, such stoppage would benefit all class members. The requirement of Rule 23(a)(4) will therefore be met, because the Plaintiff will fairly and adequately protect the interest of the class.

## CONCLUSION

20. For the foregoing reasons, Plaintiff respectfully request that this Court, pursuant to Rule 65, issue a temporary restraining order or, in the alternative, a preliminary injunction prohibiting the Defendant from counting the full slate of *unbounded electoral states* presidential electors subject to the Mal-Apportionment Penalty(MAP) based on Fourteenth Amendment "equal protection" Violations predicated on Race and/or Party Affiliation on Jan. 6th, 2009 in violation of Section 2 of the Fourteenth Amendment to the United States Constitution which requires that said Electors "be reduced in the proportion" of the states protected class of voters under the Fourteenth Amendment denied the right "to vote at any election for the choice of electors for President and Vice-President of the United States."

21. For the foregoing reasons The plaintiff seeks this temporary restraining order and preliminary injunction at this time to constrain the Defendant from presiding over any presumptive unilateral acceptance of the full slate of majority polled "winner take all" presidential electors from states that have no "winner take all" election statute that precludes the counting of the minority polled presidential electors under that states election laws.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff respectfully submit:

1. Plaintiff request the Court enter a temporary restraining order and set this matter down for a hearing on a permanent injunction to enjoin the Defendant from effecting the counting of the full slate of presidential electors subject to the Mal-Apportionment Penalty(MAP) and  2USC§6, based on Fourteenth Amendment 1st Section "equal protection" and 2nd Section "Right to Vote" Violations predicated on Race and/or Party Affiliation pursuant to action taken under 3 USC Chapter 1, § 15.

2. Plaintiff  request the court to apply the sanction in section two of the Fourteen Amendment and  2USC§6 which calls for the reduction of the number of State electors and representatives in congress in proportion to the  disenfranchised class of U.S. Citizens whose voting rights were *denied and/or abridged* or in the alternative effect proportional apportionment of the counting of the electoral votes in congress.

3. Plaintiff request the Court enter a temporary restraining order and set this matter down for a hearing on a permanent injunction to enjoin the Defendant from any presumptive tabulation of "winner take all" electors from states that have no "winner take all" statute in the electoral count of January 6th, 2009 pursuant to action taken under 3 USC Chapter 1, § 15.

8

**Respectfully submitted,**


*Robert Asa Gordon*     7/28/08

Robert Asa Gordon, Pro Se                                                    )
DC Presidential Elector,                                                     )
Chair, DC Statehood Green Party Electoral College Task Force                 )
Exe.Dir. Douglass Institute of Government                                    )
1667 Webster St. NE                                                          )
Washington, DC 20057                                                         )
(202) 635-7926                                                               )
                                                                             )
**Plaintiff**                                                                )

10.18.04: Enforce 14th Amendment's "Right to Vote" Provision.    Page 1 of 2

Case 1:08-cv-01294-HHK    Document 1-2    Filed 07/28/2008    Page 1 of 9

EXHIBIT # 1



News Release                                                Home | Press | Print

## Greens: Enforce 14th Amendment's 'Right to Vote' Provision.

GREEN PARTY OF THE UNITED STATES
http://www.gp.org

October 18, 2004

Contacts:
Scott McLarty, Media Coor., 202-518-5624, cell 202-487-0693, mclarty@greens.org
Nancy Allen, Media Coor., 207-326-4576, nallen@acadia.net
Michele Tingling-Clemmons, co-chair, Black Caucus, 202-397-2277, Miricoti@aol.com
Asa Gordon, Chair, Electoral College Task Force, D.C. Statehood Green Party, 202-635-7926,
electorsus@aol.com

### GREENS CALL FOR ENFORCEMENT OF THE 14TH AMENDMENT'S 'RIGHT TO VOTE' PROVISION

WASHINGTON, D.C. – The Green Party of the United States has endorsed a statement calling for
enforcement of the 14th Amendment's guarantee that voters enjoy equal protection and treatment in their
representation by the Electoral College.

In the statement, Greens demand "that apportionment of Electoral College votes reflect the actual votes
within states." The statement addresses the failure to enforce Section 2 of the 14th Amendment to the
U.S. Constitution and the lack of democracy in the state-based winner-take-all apportionment of Electoral
College votes. The text of the position statement is appended below.

"It took nearly a century to enforce Section 1, the equal protection provision of the 14th Amendment.
Let's not let another century pass to enforce Section 2, the right to vote provision," said Asa Gordon,
executive director of the Douglass Institute of Government, chair of the D.C. Statehood Green Party's
Electoral College Task Force, and member of the party's national Black Caucus. "This is the civil rights
issue of the new millennium."

Greens note that the 14th Amendment was enacted after the Civil War to ensure equal protection for all
citizens, especially for African Americans newly freed from slavery. By the late 19th century, the 14th
Amendment was instead used to protect business interests, after the Supreme Court extended the legal
status of 'persons' to corporations.

The equal protection guarantee in Section 1 of the 14th Amendment was enforced after the reforms of
the civil rights movement, but Section 2 has been ignored – especially in 2000 when obstruction of votes
(especially those of many African Americans) by Republicans resulted in Florida's Electoral College votes
going to George W. Bush.

"The Green Party's Black Caucus has endorsed this effort to democratize the electoral process knowing
fully and personally the impact of being denied our franchise," said Michele Tingling-Clemmons, co-chair
of the Black Caucus and D.C. Statehood Green Party candidate for City Council (Ward 7) in Washington,
D.C. "The blatant disregard of our voting rights in 2000 in Florida illustrates the critical importance of
enforcing this constitutional protection. We urge all Americans who care about fairness of our elections
and the future of our republic to join us in calling for these reforms."

**08 1294**

POSITION STATEMENT
http://green.gpus.org/vote/displayproposal.php?proposalId=110

**FILED**

**JUL 2 8 2008**

The Green Party of the United States supports efforts to address presidential Electoral College abuses,
democratize the electoral process, and ensure that voters enjoy equal protection and treatment in their
representation by the Electoral College.

**Clerk, U.S. District and
Bankruptcy Courts**

The Green Party calls on the U.S. government to enforce Section 2 of the 14th Amendment to the Constitution, which was originally intended to correct the disenfranchisement of African Americans following emancipation.

This Amendment is a mandate for the reduction of state representatives to the United States Congress and the Electoral College, proportionate to the disenfranchised class of its citizens' deprived of the Constitutional 'right to vote' in national elections.

The Green Party demands that apportionment of Electoral College votes reflect the actual votes within states.

The Green Party holds that awarding Electoral College votes on a 'winner-take-all' basis constitutes an unconstitutional abridgment of the right of all American citizens to have their votes counted, effectively disenfranchising them and violating Section 2 of the 14th Amendment.

The Green Party of the United States encourages all public policy organizations and political parties that champion democratic electoral rights to support this demand and affirm that every vote be counted.

U.S. CONSTITUTION, 14th Amendment, Section 2 (excerpted): "...[W]hen the right to vote... is denied... or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens... in such State."

MORE INFORMATION

The Green Party of the United States
http://www.gp.org
1711 18th Street NW
Washington, DC 20009.
202-319-7191, 866-41GREEN
Fax 202-319-7193

"Mal-Apportionment Penalty Civil Actions"
Douglass Institute of Government
http://members.aol.com/electorsus/map.htm

"A Color-blind Supreme Court?"
By Asa Gordon, February 2004 print issue of The World & I
http://members.aol.com/dignews/fdonct.htm

Michele Tingling-Clemmons for City Council, Ward 7
http://www.tinglingclemmons.com

Cobb/LaMarche 2004 http://www.votecobb.org

2004 Green candidates and elections http://www.gp.org/patience.html

search: rgt. elws

News Release                                                                              Home | Press

EXHIBIT # 2



News Release                                                      Home | Press | Print

# US Constitution Mandates Penalties for States Where Votes are Obstructed.

Thursday, December 16, 2004

Contacts:
Scott McLarty, Media Coordinator, 202-518-5624, cell 202-487-0693, mclarty@greens.org
Nancy Allen, Media Coordinator, 207-326-4576, nallen@acadia.net
Asa Gordon, Chair, Electoral College Task Force of the D.C. Statehood Green Party, 202-635-7926,
electorsus@aol.com

U.S. CONSTITUTION MANDATES PENALTIES FOR STATES WHERE VOTES ARE OBSTRUCTED, SAY
GREENS

According to the 14th Amendment (Section 2), voting irregularities may require a reduction in the number of
allotted Electoral College votes for Ohio or other states.

WASHINGTON, D.C. -- Green Party leaders warned that Ohio and other states where a significant amount of
voter obstruction has taken place face penalties mandated by the U.S. Constitution.

Under the leadership of presidential candidate David Cobb, Greens have launched vote recount efforts in Ohio
and New Mexico in response to the numerous complaints of voting irregularities in the 2004 election.

According to the 14th Amendment (Section 2) of the U.S. Constitution, "...[W]hen the right to vote... is denied... or
in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall
be reduced in the proportion which the number of such male citizens shall bear to the whole number of male
citizens... in such State."

"If legitimate voters have been disenfranchised in any state, the Constitution requires that the state's
representation be reduced," said Asa Gordon, Executive Director of the Douglass Institute of Government, chair
of the D.C. Statehood Green Party's Electoral College Task Force, and member of the party's national Black
Caucus. "If it can be shown that a class of legitimate voters were obstructed from voting or having their votes
counted in Ohio, Florida, New Mexico, or any other state, then that state may lose one or more of its allotted
Electoral College votes."

Thousands of African American voters in Ohio reported that their voting rights were challenged at the polls, and
that they faced prohibitively long lines for too few voting machines at the polls while majority white and
Republican precincts enjoyed a sufficient supply of machines. Thousands of voters in majority Democratic
precincts also complained of long lines for too few machines and reported that machines rejected or altered their
votes.

If African Americans, Democrats, third party voters, or any other group was targeted as a class for
disenfranchisement in Ohio or any other state, then that state may face class action penalties mandating a
reduction of Electoral College votes proportional to the class of voters so disenfranchised.

Based on this application of Section 2's mal-apportionment penalty, Ohio could lose several of its 18 U.S.
Representatives and 20 Electoral College votes, based on the percentage of African Americans in Ohio (12.1%,
2000 U.S. Census) or Ohioans who call themselves Democrat (Ohio election law currently does not provide for
voters to register in parties; the national percentage of registered Democrats is about 45%, according to Ballot
Access News statistics for 2000).

While no precedent exists for Congress using Section 2 to penalize a state and reduce its number of U.S.
Representatives (and Electors, the number of which is in part based on the number of Representatives), the
Supreme Court has affirmed the applicability of Section 2. See Justice William Rehnquist's opinion, Richardson v.
Ramirez, 418 U.S. 24 (1974)
(URL: http://caselaw.lp.findlaw.com/..)

08 1294

FILED

JUL 28 2008

Clerk, U.S. District and
Bankruptcy Courts

In October, 2004, the Green Party of the United States endorsed a statement (green.gpus.org/vote/...) calling for enforcement of the 14th Amendment's guarantee that voters enjoy equal protection and treatment in their representation by the Electoral College.

In the statement, Greens demand "that apportionment of Electoral College votes reflect the actual votes within states." The statement addresses the failure to enforce Section 2 of the 14th Amendment to the U.S. Constitution and the lack of democracy in the state-based winner-take-all apportionment of Electoral College votes.

"The struggle to ensure fair elections and accurate vote counts is emerging as a major civil rights issue of the 21st century," said Diane White, Corresponding Secretary of the Green Party's Black Caucus and Pennsylvania delegate to the national party.

"It took nearly a century to enforce Section 1, the equal protection provision of the 14th Amendment. Let's not let another century pass to enforce Section 2, the right to vote provision," added Asa Gordon.

MORE INFORMATION

The Green Party of the United States
http://www.gp.org
1711 18th Street NW
Washington, DC 20009.
202-319-7191, 866-41GREEN
Fax 202-319-7193

"Greens: Enforce 14th Amendment's 'Right to Vote' Provision"
Press release, October 18, 2004
http://www.gp.org/press/pr_10_18_04.html

"Mal-Apportionment Penalty Civil Actions"
Douglass Institute of Government
http://members.aol.com/electorsus/map.htm

2004 Cobb/LaMarche Campaign: news on the Ohio recount
http://www.votecobb.org

search: elct, elws

News Release                                                          Home | Press

EXHIBIT # 3



www.gp.org

**Press Release**                                                      Home | Press | Print

## Greens Push for Real Electoral Reforms at Carter-Baker Hearings, June 30.

Monday, June 27, 2005

Contacts:
Scott McLarty, Media Coordinator, 202-518-5624, mclarty@greens.org
Nancy Allen, Media Coordinator, 207-326-4576, nallen@acadia.net

GREEN STAFFER TO ATTEND JUNE 30 CARTER-BAKER HEARINGS ON ELECTION REFORM

Green Party political director Brent McMillan will submit a brief seeking support for urgent democratic reforms, citing Green leadership in the 2004 Ohio and New Mexico recounts after voting irregularities.

WASHINGTON, D.C. -- Brent McMillan, political director of the Green Party of the United States, will attend the Carter-Baker Commission on Federal Election Reform hearings at Rice University in Houston, Texas on June 30.

Mr. McMillan will submit a brief on behalf of the Green Party challenging commission members to support numerous systematic reforms. Greens have led numerous efforts across the U.S. for election reforms, demanding 'clean elections' plans, Instant Runoff Voting, and other proposals, and have criticized the failure of the 'Help America Vote Act of 2002' (HAVA) to ensure accurate vote counts through new technology.

In November, 2004, after John Kerry quickly conceded the election, Green presidential candidate David Cobb initiated recount campaigns in Ohio and New Mexico, mobilizing thousands of volunteers and raising hundreds of thousands of dollars in small donations for legal expenses after numerous allegations, especially from African American and young voters, of obstructed and manipulated votes. Rep. John Conyers (D-Mich.) and a few other Democrats later joined the recount effort; Mr. Conyers conducted hearings in December, 2004.

Greens have also fought for an end to two-party domination of U.S. politics.

"Democrats have tried to rig elections so only two teams can play. Republicans have tried to rig elections so only one team can win. Greens demand fair, free, and open elections," said Brent McMillan. "The only real democracy is multi-party democracy."

The Green Party of the United States and various state Green Parties have proposed a wide range of proposals to help the U.S. live up to its promise of democracy:

- Voter-verified paper ballots to provide an auditable record of votes cast on computer voting machines; voting machine source code designed to be open for public inspection and verification before and after an election. "If we fail to reform computer voting by 2008, we'll witness abuses that dwarf what happened in Florida in 2000 and Ohio in 2004," said David Cobb, who will also attend the June 30 Carter-Baker hearings. More information: 2004 Cobb/LaMarche Campaign and archives of the Ohio and New Mexico recounts <http://www.votecobb.org>.

- Repeal of ballot access rules enacted by Democrats and Republicans to hinder third parties and third party and independent candidates. "Rules that favor two parties over all others inherently violate the principle of fair, democratic elections," said Peggy Lewis, co-chair of the Green Party of the United States. "Presidential campaign debates should be sponsored by citizens' organizations that welcome third party participation, not by the Commission on Presidential Debates, which is corporate-sponsored and owned and operated by and for Democrats and Republicans."

- Instant Run-off Voting, Proportional Representation, and Cumulative Voting to replace current Winner-

**08  1294**

# FILED

**JUL 2 8 2008**

**Clerk, U.S. District and Bankruptcy Courts**

Take-All and At-Large systems, to ensure that election winners enjoy the support of a majority of voters, and to afford minority populations of all kinds with representation in legislative bodies, school boards, and other bodies. More information: Center for Voting & Democracy <http://www.fairvote.org>.

- Public funding for political campaigns; free and fair access to the public airwaves for all political candidates.

- Various steps to broaden voter participation: universal or at least same-day registration; an Election Day holiday; elections that take place over two days (perhaps during a weekend).

- Fully restored citizenship for all persons convicted of felonies upon completion of their sentences, including the right to vote and to run for elected office; the right to vote for prisoners.

- Statehood for the District of Columbia, affording D.C.'s majority African American population full political self-determination, legislative autonomy, and voting representation in Congress.

- National legislation to enforce the right to vote, as established in the 14th Amendment, Section 2 in the U.S. Constitution. Such legislation would override the Supreme Court's claim in Bush v. Gore (2000) that no guaranteed right to vote exists in national elections.

  "Such legislation would be analogous to the 1964 Civil Rights Act, which enforces Section 1 of the 14th Amendment guaranteeing equal protection under the law," said Asa Gordon, Executive Director of the Douglass Institute of Government and chair of the D.C. Statehood Green Party's Electoral College Task Force. "Rep. Jesse Jackson, Jr. [D-Ill.] has proposed a 'voting rights amendment', but a constitutional amendment is unwarranted and would be difficult to pass, requiring ratification by two thirds of the states. Section 2 already guarantees every adult citizens' right to vote, since this section punishes states for denying this right to any group of voters. An act of Congress enforcing Section 2 could be passed with a simple majority and immediately implemented."

  Democratic and Republican officials have not responded to citizens' pleas for enforcement of Section 2. During the December 8, 2004 forum on voting irregularities in Ohio in the national election, Rep. Conyers, when asked why the voting rights remedy in Section 2 had never been applied, declared "I do not have an exact comment as to why we haven't used it in the past." Informed by Asa Gordon of his civil action to enforce Section 2, Rep. Conyers asked Mr. Gordon to "make sure that we get the benefit of this historic lawsuit to our members so that we may take it under consideration[.]"

  The Supreme Court has affirmed the validity of Amendment 14, Section 2 (Richardson v. Ramirez (1974), in an opinion written by Justice William Rehnquist); the later voting rights amendments merely modify its application to areas of discrimination by race and sex.

  More information: Douglass Institute of Government <http://members.aol.com/electorsus/map.htm>; "U.S. Constitution Mandates Penalties for States Where Votes are Obstructed," Green Party press release, December 16, 2004 <http://www.gp.org/press/pr_2004_12_16.html>.

- Abolition of 'corporate personhood', in recognition that the 14th Amendment was enacted to protect the rights of humans, not corporations.

  "We have allowed corporations to flout responsibility, damage human communities and the environment for the sake of profit, escape punishment for crimes, and erode American democracy for nearly 150 years," said David Cobb. "We must enforce corporate charters and abolish the privilege of limited liability." More information: Democracy Unlimited of Humboldt County <http://www.duhc.org>.

MORE INFORMATION

Green Party of the United States
http://www.gp.org
1711 18th Street NW
Washington, DC 20009.
202-319-7191, 866-41GREEN
Fax 202-319-7193

# BRIEF FROM THE GREEN PARTY OF THE UNITED STATES TO THE COMMISSION ON FEDERAL ELECTION REFORM

June 27, 2005

The types of election fraud that were uncovered in Ohio and New Hampshire in 2004 can be classed into two categories:

1) Old School Thugishness - The prime example being the deliberate shorting of voting machines to precincts that the elections officials did not like the possible way that they would vote, the two main groups being targeted, people of color and college students.

2) Hi Tech Election Fraud - An example would be the elections official in Ohio who caught a representative from a voting machine company tampering with a machine before it was tested.

We need to move away from DRE's and toward Voter Verified paper ballot of record. These should be w/mandatory audit and compatible with and be willing to accept IRV and Proportional Voting Systems.

As legislatures are updating voting equipment in response to the federal Helping America Vote Act (HAVA) of 2001, we support the growing movement of citizens calling for a strict requirement of a voter-verified paper audit trail for all voting machines installed across the United States. Electronic voting machines must include a verifiable paper trail that allows every voter to verify that his or her vote was recorded and counted accurately, coupled with random audits based on the paper trail. Technology must be used that incorporates a voter-verified paper trail that is accessible to vision-impaired voters.

Vote-counting software codes manufactured by private corporations have been deemed proprietary, banning public review of the means by which elections are determined.

Therefore, to protect against fraud, voting machine source code must be open for public inspection and verification before and after an election.

Support for IRV and Proportional Voting Systems:

We demand choices in our political system. This can be accomplished by proportional representation voting systems such as:

· Choice Voting (candidate-based),

· Mixed Member Voting (combines with district representation), and

· Party List (party based);

and semi-proportional voting systems such as

· Limited Voting, and

· Cumulative Voting.

All are used throughout the free world and by U.S. businesses, and community and non-profit groups to increase democratic representation. We call on local governments to lead the way toward more electoral choice and broader representation.

We believe in majority rule and reject the present method of election without a majority. Accordingly, we call for the use of Instant Runoff Voting in chief executive races, (mayor, governor, president, etc.) where voters can rank their favorite candidates (1,2,3, etc.) to guarantee that the winner has majority support and that voters are not relegated to choosing between the lesser of two evils.

Third Parties have played an important role in American Democracy. They should be cherished as an important check on the inherent entropy of a two party system. It is third parties that invigorate the realm of issues and ideas

that would otherwise fall into meaningless debate.

Ballot Access should become more reasonable throughout the United States. Any state that asserts its right to ensure that there are only two political parties for the stability of the state both goes too far in it's authority as well as does a grave disservice to its residents. (As the state of Oklahoma recently argued before the U.S. Supreme Court in Clingman vs Beaver)

Third Party Candidates should have access to Debates. Control of the Presidential Debates should be returned to an impartial agency such as the League for Women Voters.

The current Presidential Debate Commission is a partisan sham.

We believe in multi-party democracy for partisan elections as the best way to guarantee majority rule, since more people will have representation at the table where policy is enacted. We assert that introduction of a multi-party democracy is essential because

The change in the structure of electoral politics will moderate the influence of extremist views and domination by the larger parties, and offer more fair representation to a greater number of citizens; and a third party can validate and raise other points of view that need to be heard.

Voter Registration - We should act to broaden voter participation and ballot access.

We should advocate for universal voter registration and an election day holiday and/or conducting elections over more than one day (say on a weekend).

Statehood for the District of Columbia, affording D.C.'s majority African American population full political self-determination, legislative autonomy, and voting representation in Congress.

All residents of U.S. lands/territories including Puerto Rico and Guam deserve the rights of freedom and equality including the right to political self-determination.

We advocate that all persons convicted of felonies shall regain full citizenship rights upon completion of their sentence, including the right to vote and to run for elected office.

We advocate that prisoners be granted the right to vote.

We believe that a binding None of the Above option on the ballot should be considered.

All viable candidates at the state and federal levels should have free and equal radio and television time and print press coverage.

The U.S. intentionally defines corporations through charters or certificates of incorporation. In exchange for the charter, a corporation was obligated to obey all laws, to serve the common good, and to cause no harm. Early state legislators wrote charter laws to limit corporate authority and ensure that when a corporation caused harm, they could revoke its charter.

In the late 19th century, however, corporations claimed special protections under the Constitution. They insisted that once formed, corporations might operate forever with the privilege of limited liability and freedom from community or worker interference in business judgments.

As a result the 14th Amendment has been used more for the benefit for corporations than the people that it was intended to protect, people of color. Because of the lack of will of the U.S. Government to enforce the 14th Amendment (Section 2 provisions to reduce the amount of representation directly proportional to which a people have been disenfranchised) and because of it's abuse by Corporations with the complicity of members of this government our elections system has become fatally flawed. The body of law which has built up around Corporations is fundamentally incompatible with a Democracy. Therefore we find representatives of Corporations having an inordinate amount of access to our elections.

National legislation to enforce the right to vote, as established in the 14th Amendment, Section 2 in the U.S. Constitution. Such legislation would override the Supreme Court's claim in Bush v. Gore (2000) that no guaranteed right to vote exists in national elections.

Such legislation would be analogous to the 1964 Civil Right Act, which enforces' Section 1 of the 14th Amendment guaranteeing equal protection under the law. Some congressmen favor a proposed 'voting rights amendment', but a constitutional amendment is unwarranted and would be difficult to pass, requiring ratification by two thirds of the states. Section 2 already guarantees every adult citizens' right to vote, since this section punishes states for denying this right to any group of voters. An act of Congress enforcing Section 2 could be passed with a simple majority and immediately implemented.

Public officials have not responded to citizens' pleas for enforcement of Section 2. During the December 8, 2004 forum on voting irregularities in Ohio in the national election, Rep. Conyers, when asked why the voting rights remedy in Section 2 had never been applied, declared "I do not have an exact comment as to why we haven't used it in the past." Informed by Asa Gordon of his civil action to enforce Section 2, Rep. Conyers asked Mr. Gordon to "make sure that we get the benefit of this historic lawsuit to our members so that we may take it under consideration."

The Supreme Court has affirmed the validity of Amendment 14, Section 2 (Richardson v. Ramirez (1974) http://caselaw.1p.findlaw.com, in an opinion written by Justice William Rehnquist); the later voting rights amendments merely modify its application to areas of discrimination by race and sex. More information: Douglass Institute of Government http://members.aol.com/electorsus/map.htm ; "U.S. Constitution Mandates Penalties for States Where Votes are Obstructed," Green Party press release, December 16, 2004 http://www.gp.org/press/pr_2004_12_16.html.

Abolition of 'corporate personhood', in recognition that the 14th Amendment was enacted to protect the rights of humans, not corporations.

We have allowed corporations to flout responsibility, damage human communities and the environment for he sake of profit, escape punishment for crimes, and erode American democracy for nearly 150 years. We must enforce corporate charters and abolish the privilege of limited liability. More information: Democracy Unlimited of Humboldt County http://www.duhc.org

search: elws, rgt

———

Disclaimer: State, local, and candidate press releases made available here represent the opinions of the original source only. Opinions expressed by a state party or candidate do not necessarily represent the views of the Green Party of the United States. State party contact information, when provided with candidate releases, does not imply state party endorsement of the opinions expressed nor of the candidate (prior to gaining formal nomination by the party).

———

Office: PO Box 57065 Washington, D.C. 20037
Email: GPHQ--at--gp.org 202-319-7191 or toll-free (US): 866-41GREEN

D
08-1294
HHK

JS-44
(Rev.1/05 DC)

**CIVIL COVER SHEET**

## I (a) PLAINTIFFS

Robert Asa Gordon _Pro-Se
1667 Webster St. NE, Washington DC, 20017   11001

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF  1101
(EXCEPT IN U.S. PLAINTIFF CASES)

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

Robert Asa Gordon
1667 Webster St. NE
Washington, DC 20017
(202) 635-7926

## DEFENDANTS

Richard B. Cheney, Vice President
President of the Senate of the United States

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE TRACT OF LAND INVOLVED

Case: 1:08-cv-01294
Assigned To : Kennedy, Henry H.
Assign. Date : 7/28/2008
Description: TRO/PI

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☒ 1 U.S. Government Plaintiff
○ 2 U.S. Government Defendant
○ 3 Federal Question (U.S. Government Not a Party)
○ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ○ 1 | ○ 1 | Incorporated or Principal Place of Business in This State | ● 4 | ● 4 |
| Citizen of Another State | ○ 2 | ○ 2 | Incorporated and Principal Place of Business in Another State | ○ 5 | ○ 5 |
| Citizen or Subject of a Foreign Country | ○ 3 | ○ 3 | Foreign Nation | ○ 6 | ○ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

○ A. Antitrust

☐ 410 Antitrust

○ B. Personal Injury/ Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

○ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)
**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

● D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## E. General Civil (Other)   OR   ○ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☐ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/ Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

③

| O  **G.  *Habeas Corpus/ 2255*** | O  **H.  *Employment Discrimination*** | O  **I.  *FOIA/PRIVACY ACT*** | O  **J.  *Student Loan*** |
|---|---|---|---|
| ☐ **530 Habeas Corpus-General**<br>☐ **510 Motion/Vacate Sentence** | ☐ **442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)**<br><br>***\*(If pro se, select this deck)\**** | ☐ **895 Freedom of Information Act**<br>☐ **890 Other Statutory Actions (if Privacy Act)**<br><br>***\*(If pro se, select this deck)\**** | ☐ **152 Recovery of Defaulted Student Loans (excluding veterans)** |

| O  **K.  *Labor/ERISA (non-employment)*** | ☇ **L.  *Other Civil Rights (non-employment)*** | O  **M.  *Contract*** | O  **N.  *Three-Judge Court*** |
|---|---|---|---|
| ☐ **710 Fair Labor Standards Act**<br>☐ **720 Labor/Mgmt. Relations**<br>☐ **730 Labor/Mgmt. Reporting & Disclosure Act**<br>☐ **740 Labor Railway Act**<br>☐ **790 Other Labor Litigation**<br>☐ **791 Empl. Ret. Inc. Security Act** | ☒ **441 Voting (if not Voting Rights Act)**<br>☐ **443 Housing/Accommodations**<br>☐ **444 Welfare**<br>☐ **440 Other Civil Rights**<br>☐ **445 American w/Disabilities-Employment**<br>☐ **446 Americans w/Disabilities-Other** | ☐ **110 Insurance**<br>☐ **120 Marine**<br>☐ **130 Miller Act**<br>☐ **140 Negotiable Instrument**<br>☐ **150 Recovery of Overpayment & Enforcement of Judgment**<br>☐ **153 Recovery of Overpayment of Veteran's Benefits**<br>☐ **160 Stockholder's Suits**<br>☐ **190 Other Contracts**<br>☐ **195 Contract Product Liability**<br>☐ **196 Franchise** | ☐ **441 Civil Rights-Voting (if Voting Rights Act)** |

**V. ORIGIN**

⊙ **1 Original Proceeding**   O **2 Removed from State Court**   O **3 Remanded from Appellate Court**   O **4 Reinstated or Reopened**   O **5 Transferred from another district (specify)**   O **6 Multi district Litigation**   O **7 Appeal to District Judge from Mag. Judge**

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

First and Fourteenth Amendment to the United States Constitution, 42 U.S.C. §1983 and 2 U.S.C. §6.   Disfranchisement of "Unbound" Presidential Electors

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ☒ ACTION UNDER F.R.C.P. 23   **DEMAND $**  ⌐──────────┐   Check YES only if demanded in complaint
**JURY DEMAND:**   **YES** ☐   **NO** ☐

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   **YES** ☐   **NO** ☐   If yes, please complete related case form.

**DATE** July 28th, 2008   **SIGNATURE OF ATTORNEY OF RECORD** *Robert Asa Crooder*

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.