AO 440 (Rev. DC - September 2003) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## District of Columbia

Robert Asa Gordon, Pro Se
DC Presidential Elector,
Chair, DC Statehood Green Party Electoral College Task Force
Exe.Dir. Douglass Institute of Government
1667 Webster St. NE
Washington, DC 20017
(202) 635-7926

**SUMMONS IN A CIVIL CASE**

V.

Richard B. Cheney
President of the Senate of the United States of America
The Vice President
The White House
Washington, DC 20501
(202) 456-1414
(202) 456-2461

CASE N

Case: 1:08-cv-01294
Assigned To : Kennedy, Henry H.
Assign. Date : 7/28/2008
Description: TRO/PI

TO: (Name and address of Defendant)

Richard B. Cheney
President of the Senate of the United States of America
The Vice President
The White House
Washington, DC 20501
(202) 456-1414
(202) 456-2461

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S *Pro-Se* (name and address)

Robert Asa Gordon, Pro Se
DC Presidential Elector,
Chair, DC Statehood Green Party Electoral College Task Force
Exe.Dir. Douglass Institute of Government
1667 Webster St. NE
Washington, DC 20017
(202) 635-7926

an answer to the complaint which is served on you with this summons, within _____60_____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**NANCY M. MAYER-WHITTINGTON**                    JUL 28 2008

RECEIVED
JUL 30 2008
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

CLERK                                            DATE

(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

### RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | 7-29-08 |

| NAME OF SERVER (PRINT) | TITLE |
|---|---|
| PERCELL M. BASKETT | |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant. Place where served: _____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☑ Other (specify): SERVED BY REGISTERED MAIL ON THE VICE PRESIDENT OF THE UNITED STATES 1600 PENNSYVANIA

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  7-29-08
         Date

*Signature of Server:* Percell M. Baskett

*Address of Server:* 1639 Webster St. N.E. Wash. D.C. 20017

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.