UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT ASA GORDON,         ) | |
|                                ) | |
|          Plaintiff,         ) | |
|                                ) | |
|     v.                                       ) | Civil Action No. 08-1294 (KHH) |
|                                ) | |
| RICHARD B. CHENEY,         ) | |
|                                ) | |
|          Defendant.         ) | |
| _____ ) | |

**DEFENDANT'S CONSENT MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR
TEMPORARY RESTRAINING ORDER/PRELIMINARY INJUNCTION**

Pursuant to Rule 6(b) of the Federal Rules of Civil Procedure, defendant respectfully moves for an enlargement of time up to and including August 18, 2008, to respond to plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction. No previous enlargements have been sought by or granted to defendant for this purpose. Defendant seeks the requested enlargement of time to allow consultation within the Department of Justice respecting the appropriate handling of this matter, including review and suitable response to plaintiff's allegations. Pursuant to Local Rule 7(m), counsel for defendant contacted plaintiff, appearing pro se, who consents to the requested enlargement of time.

Accordingly, for reasons stated herein, defendant respectfully requests an enlargement of time up to and including August 18, 2008, to respond to plaintiff's motion. A proposed Order consistent with the relief requested herein accompanies this motion.

Respectfully submitted,


_____/s/_____
JEFFREY A. TAYLOR, DC Bar #498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. Bar #434122
Assistant United States Attorney


_____/s/_____
CHRISTOPHER B. HARWOOD
Assistant United States Attorney
United States Attorney's Office
555 4th Street, N.W.
Washington, D.C. 20530
(202) 307-0372

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of *Defendant's Motion for Enlargement of Time to Respond to Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction* was made by the Court's Electronic Case Filing System and by First Class Mail this <u>7th</u> day of August, 2008 to:

>Robert Asa Gordon, Pro Se
>1667 Webster Street, N.E.
>Washington, D.C.  20017

>_____/s/_____
>CHRISTOPHER B. HARWOOD
>Assistant United States Attorney
>United States Attorney's Office
>555 4th Street, N.W.
>Washington, D.C.  20530
>(202) 307-0372

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT ASA GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 08-1294 (KHH) |
| ) | |
| RICHARD B. CHENEY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

ORDER

UPON CONSIDERATION of *Defendant's Consent Motion for Enlargement of Time to Respond to Plaintiff's Motion for Temporary Restraining Order/Preliminary Injunction*, and for good cause shown, it is by the Court,

ORDERED that defendant's motion should be and is hereby granted, and thus, defendant shall have up to and including August 18, 2008, to respond to plaintiff's Motion.

SO ORDERED.

_____      _____
DATE                           UNITED STATES DISTRICT COURT JUDGE

Copies to:

Plaintiff, Pro Se    Robert Asa Gordon
                     1667 Webster Street, N.E.
                     Washington, D.C.  20017

Counsel for Defendant    Christopher B. Harwood
                         U.S. Attorney's Office for the District of Columbia
                         Civil Division
                         555 Fourth Street, N.W.
                         Washington, D.C.  20530