UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROBERT ASA GORDON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 08-1294 (TPJ) |
| v. ) | ECF |
| ) | |
| RICHARD B. CHENEY, ) | |
| President of the Senate of the United States ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEARANCE

The Clerk of the Court will please enter the appearance of Special Assistant United States Attorney Megan M. Weis as counsel for defendant in the above-captioned case.

\_\_\_/s/_____
MEGAN M. WEIS
Special Assistant United States Attorney
Civil Division
555 4th St., N.W.
Washington, D.C. 20530
(202) 514-5134