UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ROBERT ASA GORDON**<br><br>Plaintiff,<br><br>v.<br><br>**RICHARD B. CHENEY**, Vice President of the United States<br><br>Defendant. | Civil Action 08-01294  (HHK) |

**ORDER DIRECTING PLAINTIFF TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS**

This matter comes before the court upon defendant's motion to dismiss, filed August 18, 2008 [# 9]. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509.

Accordingly, it is by the court this 21st day of August 2008, hereby

**ORDERED** that plaintiff file an opposition to defendant's motion on or before September 22, 2008. If plaintiff fails to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant. *See* LCvR 7(b).

Henry H. Kennedy, Jr.
United States District Judge
